Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
David M. Herzog
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 17 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

              Plaintiff,

v.

JOHN EARL LELAND,

              Defendant.

2:21-CR-113-WFN

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(C)
Possession With Intent to
Distribute Methamphetamine
(Count 1)

18 U.S.C. § 1791(a)(2), (b)(1), (d)(1)(C)
Possession of a Prohibited Object
by an Inmate of a Prison
(Count 2)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT 1

On or about August 12, 2020, in the Eastern District of Washington, the Defendant, JOHN EARL LELAND, knowingly possessed with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

INDICTMENT – 1

## COUNT 2

On or about August 12, 2020, in the Eastern District of Washington, the Defendant, JOHN EARL LELAND, while being an inmate of a prison, possessed a prohibited object, to wit: methamphetamine, in violation of 18 U.S.C. § 1791(a)(2), (b)(1), (d)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841 as set forth in this Indictment, the Defendant, JOHN EARL LELAND, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 17th day of August 2021.

Joseph H. Harrington
Acting United States Attorney

David M. Herzog
Assistant United States Attorney

INDICTMENT – 3