# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 29, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Leland, John Earl | Docket No. | 0980 2:21CR000113-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John Earl Leland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the court at Spokane, Washington, on the 30th day of August 2021, under the following conditions:

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Standard Condition of Release #25:** Defendant shall immediately enter into and successfully complete an inpatient program.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** The defendant is considered to be in violation of his conditions of pretrial supervision by using a controlled substance, suboxone, on or about September 25, 2021.

On August 30, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release. Mr. Leland is also subject to mandatory conditions of supervised release in case number 2:15CR00031-WFN-1, which also prohibits him from the use of controlled substances. He previously reviewed those terms of conditions on December 28, 2020.

On September 27, 2021, this officer was contacted by Mr. Leland's counselor at Pioneer Behavioral Health-East, in regards to Mr. Leland admitting to the use of suboxone on or about September 25, 2012. As a result of this noncompliant behavior and additional infractions at the facility, Mr. Leland was placed on a behavioral contract.

**Violation #2:** The defendant is considered to be in violation of his conditions of pretrial supervision by being terminated unsuccessfully from residential treatment on September 29, 2021.

On August 30, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release.

Due to the behavior as reported in violation number 1, and additional noncompliance with the treatment program, he had been placed on a behavioral contract on September 27, 2021. On September 29, 2021, this officer was contacted by the staff at the residential treatment facility who stated they were terminating Mr. Leland for continuing to break the treatment program rules, specifically, he was alleged to have smoked a cigarette in the bathroom and snuck out early for a smoke break.

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8
Re: Leland, John Earl
September 29, 2021
Page 2

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:   September 29, 2021

by   s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

---

THE COURT ORDERS

[ ]   No Action
[x]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 29, 2021

Date