UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Leland, John Earl | Docket No. | 0980 2:21CR00113-WFN-1 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John Earl Leland, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen sitting in the court at Spokane, Washington, on the 18th day of November 2021, under the following conditions:

**Standard Condition of Release #6:** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition of Release #11:** Defendant shall complete treatment by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment.

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #3:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to report as directed following the completion of his residential treatment on or about December 28, 2021.

On October 28, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release. Mr. Leland is also subject to mandatory conditions of supervised release in case number 2:15CR00031-WFN-1, which also prohibits him from the use of controlled substances. He previously reviewed those terms of conditions on December 28, 2020.

On December 20, 2021, this officer spoke to Mr. Leland and it was agreed that he would contact this officer following the completion of his residential treatment and transition to St. Marie Property. The anticipated date of transition into the community was on or about December 28, 2021. Mr. Leland failed to contact this officer as directed, and by way of a collateral contact, this officer was able to locate and communicate with Mr. Leland on January 3, 2022.

**Violation #4:** The defendant is considered to be in violation of his conditions of pretrial supervision by failing to submit to drug testing on January 3, 2021.

On October 28, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release. Mr. Leland is also subject to mandatory conditions of supervised release in case number 2:15CR00031-WFN-1, which also prohibits him from the use of controlled substances. He previously reviewed those terms of conditions on December 28, 2020.

PS-8
Re: Leland,, John Earl
January 5, 2022
Page 2

During a phone call on January 3, 2022, Mr. Leland was directed by this officer to go to Social Treatment Opportunities Program (STOP) for drug testing. Mr. Leland indicated he understood and would report for testing. On January 4, 2021, Mr. Leland admitted he did not submit to drug testing as directed.

**Violation #5:** The defendant is considered to be in violation of his conditions of pretrial supervision by using a controlled substance, methamphetamine and marijuana, on or about January 2, 2022.

On October 28, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release. Mr. Leland is also subject to mandatory conditions of supervised release in case number 2:15CR00031-WFN-1, which also prohibits him from the use of controlled substances. He previously reviewed those terms of conditions on December 28, 2020.

During a phone call on January 4, 2022, Mr. Leland was asked if he had relapsed and he readily admitted to using methamphetamine and marijuana approximately 2 days prior, on January 2, 2022.

PRAYING THAT THE COURT WILL ORDER A SUMMONS AND WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 5, 2022

by s/Emely Cubias

Emely Cubias
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
January 6, 2022

Date