FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.　　　　Leland, John Earl　　　　Docket No.　　0980 2:21CR00113-WFN-1

**Petition for Action on Conditions of Pretrial Release**

　　　　COMES NOW Emely Cubias, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant John Earl Leland, who was placed under pretrial release supervision by the Honorable Senior U.S. District Judge Wm. Fremming Nielsen, sitting in the Court at Spokane, Washington, on the 18th day of November 2021, under the following conditions:

**Standard Condition of Release #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

　　　　RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #6:** The defendant is considered to be in violation of his conditions of pretrial supervision by using a controlled substance, cocaine, on or about January 19, 2022.

On October 28, 2021, Mr. Leland was before the Court and was advised of his conditions of release. Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the conditions of release. Mr. Leland is also subject to mandatory conditions of supervised release in case number 2:15CR00031-WFN-1, which also prohibits him from the use of controlled substances. He previously reviewed those terms of conditions on December 28, 2020.

On January 19, 2022, Mr. Leland submitted to a drug screen at Social Treatment Opportunities Program (STOP), at the direction of this officer. According to STOP, the sample tested presumptive positive for methamphetamine and cocaine. Mr. Leland denied any drug use; therefore, the sample was sent to the national lab for further testing. On January 25, 2022, this officer received notification the sample was confirmed positive for cocaine.

　　　　PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:　January 28, 2022 |
| by | s/Emely Cubias |
|  | Emely Cubias<br>U.S. Pretrial Services Officer |

PS-8
**Re: Leland, John Earl**
**January 28, 2022**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/28/2022

Date